**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KRISTA MEJIA BROCK,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  17-4139** |
| **BP EXPLORATION & PRODUCTION<br>INC., ET AL.,**<br>    **Defendants** | **SECTION: "E" (4)** |

**ORDER AND REASONS**

Before the Court is a motion for summary judgment filed by BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Holdings, LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc. (collectively "Defendants")[1] against Krista Mejia Brock ("Plaintiff"). The motion was filed on January 10, 2023.[2] Plaintiff's opposition to the motion was due on January 24, 2023.[3] As of the date of this Order and Reasons, no opposition to the instant motion has been filed, and Plaintiff has not moved for an extension of her deadline to file an opposition brief. Defendants' motion for summary judgment is, therefore, unopposed. Although this dispositive motion is unopposed, summary judgment is not automatic, and the Court must determine whether Defendants have shown they are entitled to judgment as a matter of law.[4]

Defendants' instant motion is nearly identical to the one filed by Defendants, and

---

[1] R. Doc. 45. Halliburton Energy Services, Inc., Transocean Holdings, LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc. joined in the motion for summary judgment filed by BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. *Id.* at p. 1 n.1.
[2] *Id.*
[3] R. Doc. 45-4.
[4] *See, e.g.*, *Johnson v. Pettiford*, 442 F.3d 917, 918 (5th Cir. 2006); Fed. R. Civ. P. 56(a).

granted by this Court, in other B3 cases.[5]

Accordingly, for the reasons stated in the Orders & Reasons issued in the cited B3 cases;

**IT IS ORDERED** that the motion for summary judgment[6] is **GRANTED**. Judgment is granted in favor of Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc. and against Plaintiff Krista Mejia Brock on all claims.

**New Orleans, Louisiana, this 26th day of January, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[5] *See Davis v. BP Exploration & Production Inc., et al.,* Civ. A. 17-3141 at R. Doc. 48 (E.D. La. 7/5/22) (Morgan, J.); *see also Brown v. BP Exploration & Production Inc., et al.,* Civ. A. 17-3101 at R. Doc. 59 (E.D. La. 11/18/22) (Morgan, J.).
[6] R. Doc. 45.